STAMLER ET AL. *v.* WILLIS ET AL.

No. 478.   Decided January 20, 1969.*

*Albert E. Jenner, Jr., Thomas P. Sullivan,* and *Arthur Kinoy* for appellants in No. 478 on the petition for rehearing and motion to amend.

PER CURIAM.

The petition for a rehearing is denied.   The motion to amend the judgment entered on November 25, 1968, dismissing the appeals is granted.   The judgment dismissing the appeals is vacated and a new judgment will issue providing that the judgment below be vacated and the cases be remanded to the District Court so that it may enter a fresh decree from which timely appeals may be taken to the Court of Appeals.

MR. JUSTICE MARSHALL took no part in the consideration or decision of these cases.

---

*Together with No. 479, *Cohen* v. *Willis et al.,* also on appeal from the same court.